

**BOSTON
TRANSPORTATION
DEPARTMENT**

Permit # 16-017

## PARADE PERMIT

**Permission is hereby granted to:**

### SOUTH BOSTON ALLIED WAR VETERANS COUNCIL

**To: March**                      **on: Sunday, March 20, 2016**

**Over the following – named streets:** Dorchester Avenue and West Broadway, continuing on West Broadway, to East Broadway and dispersing at Farragut Road.

**Formation:** Dorchester Avenue – between Gillette Park and Old Colony Ave & West Broadway – between Dorchester Avenue and A Street.

**Start time:** 1:00 p.m.

**Number in event:** 20,000

*Name of Applicant*: Timothy J. Duross

**Address:** P.O. Box 351

*City:* South Boston *State:* MA *Zip Code:* 02127

**Telephone:** 617-592-4235 **email:** timduross@msn.com

Note: BTD has modified the requested parade routes for all parades in the neighborhood of South Boston on Sunday, March 20, 2016 to mitigate public safety and congestion concerns.

### BOSTON TRANSPORTATION DEPARTMENT

**APPROVED BY:** _Jennifer Weber_          **DATE:** 2/26/16

**COMMISSIONER:** _Gina N. Fiandaca_          **DATE:** 2/24/16

**CERTIFICATE OF SERVICE**

I, Chester Darling, Counsel for the Plaintiffs, The South Boston Allied War Veterans, hereby certify that on March 14th, 2016, I served, in hand, a copy of the REQUEST FOR AN EMERGENCY HEARING, MOTION FOR LEAVE TO FILE DOCUMENTS BY PAPER FILINGS, COMPLAINT & REQUEST FOR INJUNCTIVE RELIEF AND DECLARATORY JUDGMENT, MOTION FOR TEMPORARY RESTRAINING ORDER & INJUNCTIVE RELIEF, MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER & INJUNCTIVE RELIEF, and CIVIL ACTION COVER SHEET AND CATEGORIES to Peter M. Geraghty, Council for the Defendants City of Boston, One Schroeder Plaza, Boston, MA.

Respectfully submitted,

Chester Darling,
Attorney for the Plaintiffs
9 Mayflower Drive
Andover, MA 01810
Tel.: (978)475-2520
e-mail: chesterdarling@comcast.net