UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTH BOSTON ALLIED WAR VETERANS COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF BOSTON and POLICE COMMISSIONER WILLIAM B. EVANS, in his official capacity, and MARTIN J. WALSH, MAYOR OF THE CITY OF BOSTON, in his official capacity,<br><br>Defendants. | CIVIL ACTION NO. 1:16-cv-10519-RGS |

**JOINT MOTION TO EXTEND TIME TO FILE JOINT PROPOSED SCHEDULE**

The parties jointly request that the time for them to file a joint proposed schedule as ordered by this Court (ECF # 27) be extended until August 2, 2016.  As grounds, the parties state that Plaintiff's deadline to file a response to Defendants' Motion to Dismiss is August 2, 2016.  Plaintiff also intends to file a Motion for Leave to Amend its complaint during the week of July 25, 2016.  After those events have occurred, the parties will have a clearer understanding of the issues in the case that remain for adjudication.

Respectfully submitted,

PLAINTIFF, SOUTH BOSTON ALLIED WAR
VETERANS COUNCIL,
By its Attorney,


/s/ Chester Darling_____
Chester Darling, BBO # 114320
9 Mayflower Drive
Andover, MA  01810
Tel: 978-475-2520
Chesterdarling@comcast.net



DEFENDANTS, THE CITY OF BOSTON and
POLICE COMMISSIONER WILLIAM B.
EVANS, in his official capacity, and MARTIN
J. WALSH, MAYOR OF THE CITY OF
BOSTON, in his official capacity,
By their Attorneys,

Eugene L. O'Flaherty
Corporation Counsel

/s/ Peter M. Geraghty_____
Peter M. Geraghty (BBO# 664197)
Special Assistant Corporation Counsel
City of Boston Police Department
One Schroeder Plaza
Boston, MA 02120
(617) 343-4550
Peter.Geraghty@pd.boston.gov

/s/ Catherine A. Lizotte
Catherine A. Lizotte (BBO# 666468)
Senior Assistant Corporation Counsel
City of Boston Law Department
One City Hall Plaza
Room 615
Boston, MA 02201
(617) 635-3215
Catherine.Lizotte@boston.gov

Dated: July 19, 2016

**CERTIFICATE OF SERVICE**

  I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 19, 2016.

/s/ Catherine A. Lizotte
Catherine A. Lizotte